NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

ACCEPTED
15-25-00160-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/12/2025 2:45 PM
CHRISTOPHER A. PRINE
CLERK

**Court of Appeals Number:** 15-25-00160-CV
**Trial Court Case Number:** D-1-FM-23-007793

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/12/2025 2:45:56 PM
CHRISTOPHER A. PRINE
Clerk

<u>**IN THE INTEREST OF O.G., A CHILD**</u>

| | | |
|---|---|---|
| **ALICIA GLENNY,** | § | **IN THE COURT OF APPEALS** |
| *Petitioner/Appellant,* | § | |
| | § | **FOR THE FIFTEENTH DISTRICT** |
| **v.** | § | |
| | § | **OF TEXAS AT AUSTIN** |
| | § | |
| **JEREMY EPPERSON,** | § | |
| *Respondent/Appellee.* | § | |

---

### FIRST OPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF / COMPLY WITH COURT NOTICES

---

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, Appellant ALICIA GLENNY, *pro se*, files this *First Opposed Motion for Extension of Time to File Appellant's Brief / Comply with Court Notices* pursuant to Tex. R. App. P. 10.1(a)(4), 10.5(b), and 35.3(b)(2). In support, Appellant shows:

1. The Reporter's Record was due on December 5, 2025, but remains outstanding, as noticed by the Court on December 9, 2025. Tex. R. App. P. 35.3(b)(2) (requiring appellant to pay for preparation).

2. On December 9, 2025, the Court noticed Appellant for nonpayment of the $205 appellate filing fee. Tex. R. App. P. 20.4(a).

3. On November 18, 2025, Appellant filed a *Statement of Inability to Afford Payment of Court Costs or an Appeal Bond* in the trial court (Cause No. D-1-FM-23-007793). Tex. R. Civ. P. 145.

4. On November 19, 2025, Appellant filed *Petitioner's Motion for Indigency Determination* in the trial court, detailing material financial changes due to job loss on October 7, 2025. Tex. R. Civ. P. 145.001(c).

---

5.  Appellant set a hearing on these motions for December 3, 2025, and filed a *Motion to Appear Remotely* on November 19, 2025, due to Nevada residency, lack of travel funds, childcare constraints, and Appellee's refusal to consent. Tex. R. Civ. P. 21(b).

6.  Appellant filed a duplicate *Statement of Inability to Afford Payment of Court Costs or an Appeal Bond* with this Court on November 19, 2025. Tex. R. App. P. 20.1(b)(1).

7.  The trial court declined to rule on submission for the *Motion to Appear Remotely*, resulting in no rulings on indigency or costs due to Appellant's inability to appear in person.

8.  On December 9, 2025, Appellant received notice that the Clerk's Record was filed.

9.  On December 9, 2025, Appellant requested trial-court rulings by submission on the indigency motions, which remain denied.

10. To date, Appellant's indigency filings remain uncontested. Tex. R. Civ. P. 145.001(e) (requiring contest within specified time).

**Good Cause Exists.** The delay stems from unavoidable indigency proceedings and trial-court inaction, not negligence. Tex. R. App. P. 10.5(b)(1)(A)-(C) (extension for good cause: accident/delay, diligence, no prejudice). Appellant has acted diligently amid financial hardship and seeks only a 45-day extension to resolve payment issues and prepare the brief upon record completion. No injury results to Appellee. *See Verburgt v. Dorner*, 959 S.W.2d 615, 616-17 (Tex. 1997) (first extension reasonable if good cause shown).

**WHEREFORE**, Appellant requests: (1) a 45-day extension to January 27, 2026, to file the brief and comply with the Reporter's Record notice; (2) an order directing the trial court to rule on indigency; and (3) all other relief.

DATED this 12th day of December 2025.

Respectfully submitted,

/s/ _____

Alicia Glenny (*pro se* Petitioner/Appellant)

15792 Fawn Lane
Reno, NV, 89511
530.414.1622
aliciakayglenny@gmail.com

## CERTIFICATE OF SERVICE

I certify that by my signature above, that on DECEMBER 12, 2025, a true and correct copy of this *First Opposed Motion for Extension of Time to File Appellant's Brief / Comply with Court Notices* was served in accordance with Tex. R. App. P. 9.5 on all registered parties via the Electronic Filing Manager and by email to:

Jeremy J. Epperson
2103 Lear Lane
Austin, Texas 78745
*314.221.1755*
eppersonconsultant@gmail.com

*pro se Respondent/Appellee*

Additionally, in accordance with Tex. Civ. Prac. & Rem. Code § 51.017, a copy was served on the court reporter responsible for the reporter's record for the hearings in this cause by email to:

Carissa Crocker
512.854.9054
carissa.crocker@traviscountytx.gov

Angie Hertel
512.854.9350
angie.hertel@traviscountytx.gov

Janis Simon
512.854.9306
janis.simon@traviscountytx.gov

Jill Albracht
512.854.9356
jill.albracht@traviscountytx.gov

Stephanie Goodman
st.goodman@outlook.com

Alicia Dubois
512.854.9301
Alicia.Dubois@traviscountytx.gov

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109049393
Filing Code Description: Motion - Exempt
Filing Description: First Opposed Motion for Extension of Time to File Appellant's Brief / Comply with Court Notices
Status as of 12/12/2025 3:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alicia Glenny | | aliciakayglenny@gmail.com | 12/12/2025 2:45:56 PM | SENT |
| Jeremy J.Epperson | | jeremy@conversionadvocates.com | 12/12/2025 2:45:56 PM | SENT |